IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION          PLAINTIFF

V.          CIVIL ACTION NO. 2:11-cv-201-MPM-JMV

LANDAU UNIFORMS, INC.,          DEFENDANT

## ORDER

This cause is before the court on the defendant's motions for leave to file amended answer (#65), for an extension of certain of the current case management order deadlines (#67), and to compel discovery responses (#69). The court, having reviewed the record, the motion, the briefs of the parties, and the applicable law, and having heard oral argument, finds for the reasons announced in detail by the court on the record at the conclusion of the motion hearing on July 26, 2012, as follows:

- The motion to amend (#65) is GRANTED; defendant is instructed to file its amended answer within 5 days of this order

- The motion to extend the discovery and dispositive motions' deadlines (including Daubert motions) as set forth in the case management order (#67) is GRANTED as set forth below.

- The motion to compel (#69) is DENIED without prejudice for failure to comply with Local Rule 37(a) requiring parties to confer in good faith. The defendant is instructed that any subsequent motion to compel must comply with Local Rule 37(a) and must be filed no later than Friday August 3, 2012.

Parties are to bear their own costs.

In light of today's ruling, the case management order deadlines are extended as follows:

- Discovery deadline: September 5, 2012
- Dispositive motions deadline: September 30, 2012

**SO ORDERED** this, the 26th day of July, 2012.

                                                                      /s/Jane M. Virden
                                                                      U. S. MAGISTRATE JUDGE